IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| YARNELL SINCLAIR FOWLER,<br>Plaintiff, | CIVIL ACTION |
|---|---|
| v. | |
| CITY OF PHILADELPHIA RECORDS DEPARTMENT, JAMES LEONARD, ESQ, LINDA YERKOV, ELIZABETH DOWNEY, BRIAN ALBERT AND LINDA F. TOWNSEL,<br>Defendants. | NO. 16-6700 |

# O R D E R

**AND NOW**, this 9th day of April, 2018, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 34), Plaintiff's Response and Motion for Summary Judgment (ECF No. 50), Defendants' Reply to Plaintiff's Response (ECF No. 52) and Response to Plaintiff's Motion (ECF No. 53), and Plaintiff's Reply to Defendants' Response (ECF No. 54), **IT IS ORDERED** that:

1. Defendants' Motion (ECF No. 34) is **GRANTED**; and
2. Plaintiff's Motion (ECF No. 50) is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**